Cat. 3
FILED
JUL 13 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

# Prisoner Civil Cover Sheet

23-cv-4532
Judge Valderrama
Magistrate Judge Harjani
RANDOM/CAT 3/PC 10

SM

**Plaintiff(s):**
Nerijus Tautvydas

**Defendant(s):**
United States of America

**County of Residence:**
Kankakee

**County of Residence:**

**Plaintiff's Address:**
**Name:** Nerijus Tautvydas

**Unit Field:** 521152

**(Prisoner ID Field (USM# ONLY)**

**Address:**
Jerome Combs Detention Center
3050 Justice Way
Kankakee, IL 60901

**Defendant's Attorney:**
AUSA
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☒ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

| Plaintiff: | Defendant: |
|---|---|

**Origin:**
☒ 1. Original Proceeding
☐ 5. Transferred from Other District
☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation
☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 530

**Cause of Action:** 28:2241

**Jury Demand:** ☐ Yes  ☒ No

**Signature:** Emily Wirtz     **Date:** 7/13/2023

Rev. 02/12/2019