Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Nerijus Tautvydas,** | ) |
| **Petitioner,** | ) ) ) |
| vs. | ) )  Case Number: 23-cv-2152 |
| **United States of America,** | ) ) |
| **Respondent.** | ) |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Nerijus Tautvydas' Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is summarily dismissed.

**Dated: 8/1/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court