TO: c/o Clerk's office; and Judge Sara Darrow,

My name is Nerijus Tautvydas, and I am writing this clerk's office in order to make a request for a copy of my Prisoner civil cover sheet and a copy of my petition for a writ of habeas corpus that was filed on 7/13/23 in the Northern District of Illinois, but later transferred to the United States District Court, for the Central District of Illinois under Case Title: Tautvydas v. United States of America, et al. NO: 23-CV-02152-SLD (C.D. Ill.) see, Dkt. 3 Order Entered by Judge Franklin Valderrama.

I am requesting copies of the above in order to amend my previous petition, Please waive any and all fees as I am having difficulty paying from the detention facility I am currently being held at. Thank you in Advance.

Sincerely,
Signed this 30th day of July, 2023

Nerijus Tautvydas (Pro se)/521152
Jerome Combs Detention Center
3050 S. Justice Way
Kankakee, IL 60901

**FILED**
AUG 08 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Nerijus Tautvydas / 52II52 (Pro se)
Jerome Combs Detention Center
3050 S. Justice Way
Kankakee, IL 60901

(Legal Mail)

CHAMPAIGN IL 618
31 JUL 2023 PM 4 L

United States District Court
for the Central District of Illinois
Office of the Clerk
322 16th Street, Suite 200A
Rock Island, IL 61201